UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-41084 |
|---|---|
| FRANK W. WILLIAMS | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010632**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 14/ 10 | CHECK N GO OF OHIO INC<br>ATTN ARG BANKRUPTCY<br>5155 FINANCIAL WAY<br>MASON, OH  45040 | 125.76 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/29/2010

Certificate of Service    04-41084

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

FRANK W. WILLIAMS
721 TEMPLE COURT
BOWLING GREEN, KY  42104

THOMAS D BERRY
1839 EAST STROOP RD
DAYTON, OH  45429

(10.1)
CHECK N GO OF OHIO INC
ATTN ARG BANKRUPTCY
5155 FINANCIAL WAY
MASON, OH  45040

(35.1n)
HOUSEHOLD REALTY CORPORATION
1270 NORTHLAND DRIVE
STE 200
MENDOTA HEIGHTS, MN  55120

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    sv